# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE SUMMIT AT CANYON PARK CONDOMINIUM OWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | CASE NO. C20-1291 MJP<br><br>DISMISSAL ORDER |

The Court, having reviewed the stipulated motion to dismiss by the appearing parties, (Dkt. No. 10), GRANTS the motion and DISMISSES this proceeding with prejudice to Plaintiff's claims against Defendant Country Mutual Insurance Co. and without costs.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 27, 2021.

*[signature]*

Marsha J. Pechman
United States District Judge

DISMISSAL ORDER - 1